IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES C. BENNETT,
ADC #099320                                                                                                    PLAINTIFF

V.                                    No. 4:17CV00847 JLH/JTR

WILLIAMS, Correctional Officer,
Faulkner County Detention Center, et al.                                                    DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered separately today, this case is dismissed without prejudice. This action is terminated, and the Court certifies that an *in forma pauperis appeal* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED 15th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE